[No. 21165-7-III.  Division Three.  July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY J.L. FARNSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-01071-2, Craig J. Matheson, J., entered May 3, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21414-1-III.  Division Three.  July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DAVID KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00126-3, Neal Q. Rielly, J., entered May 24, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 21518-1-III.  Division Three.  July 15, 2003.]

*In the Matter of the Marriage of* JOHN BLAKE, *Respondent*, and FERN BLAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 84-3-00218-3, Vic L. VanderSchoor, J., entered September 27, 2002. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 21743-4-III.  Division Three.  July 15, 2003.]

*In the Matter of the Personal Restraint of* ROBERT G. GWINN, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.